IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 APR 30 PM 3:20

CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA, *
\*
v. * CR 199-010
\*
ANGEL GIOVANNY MERCADO *

O R D E R

Presently before the Court is Defendant's "Motion of Verification from Court," in which he asks this Court to confirm that he was sentenced "under first offender status" so that he may provide this "verification" to the Department of Human Services in Georgia. Because the federal court does not utilize the nomenclature "first offender status" or anything similar to it, the Court cannot provide the verification requested. Accordingly, Defendant's motion (doc. no. 260) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this ____30____ day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE